UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLARENCE OTWORTH,

    Plaintiff,

                                    1:19-CV-55

v.

                                    HON. ROBERT J. JONKER

FIFTH THIRD BANK, et al.,

    Defendants.

_____/

**ORDER OF RECUSAL**

    I must recuse myself under 28 U.S.C. § 455(b)(4) from further participation in this case. The Clerk shall reassign the case pursuant to the approved procedure.

    **IT IS SO ORDERED.**

Date:   February 1, 2019              /s/ Robert J. Jonker
                                                     ROBERT J. JONKER
                                                     CHIEF UNITED STATES DISTRICT JUDGE