UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CLARENCE OTWORTH,<br>　　　　　　　　Plaintiff,<br>-v-<br>FIFTH THIRD BANK, *et al.*,<br>　　　　　　　　Defendants. | No. 1:19-cv-55<br><br>Honorable Paul L. Maloney |

## JUDGMENT

On February 26, 2020, this Court adopted a report and recommendation effectively resolving all pending claims brought in this lawsuit. The Court has now addressed all of the other motions. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: April 9, 2020　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge